IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,
       Plaintiff,

v.                                                      Civil No. 09-6046

$73,435.00 IN UNITED STATES CURRENCY,
       Defendant.

## DECREE OF FORFEITURE

On June 8, 2009, a Verified Complaint of Forfeiture was filed against the defendant currency on behalf of the plaintiff, United States of America. The Complaint alleges that the defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, 21 U.S.C. §§ 801 *et seq*, and is therefore forfeitable pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

The United States Immigration and Customs Enforcement seized the defendant currency on December 17, 2008.

On August 10, 2009, Jose Flores-Aguirre received personal service. Mr. Flores-Aguirre has failed to filed a claim and answer and is therefore in default.

Notice of forfeiture was published on the United States' official website (www.forfeiture.gov) for 30 consecutive days beginning 2009 to 2009. No other claims have been filed.

The defendant currency is more particularly described as $73,435.00 in U.S. currency.

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that the defendant $73,435.00 in U.S. currency is hereby forfeited to the United States of America to be disposed of according to law.

U. S. DISTRICT COURT
ESTERN DISTRICT ARKANSAS
FILED

DEC 2 3 2009

CHRIS R. JOHNSON, CLERK
BY
      DEPUTY CLERK

_____
Honorable Robert T. Dawson
United States District Judge